PATRICIA COUTU ET AL. *v.* THE AMERICAN PROPANE
CORPORATION

The motion by the third-party defendant to vacate the order of the Superior Court in New London County opening judgment is denied.

*John R. FitzGerald* and *William W. Sprague,* in support of the motion.

*Thomas J. Hagarty* and *Joseph T. Sweeney,* in opposition.

Submitted January 30—decided February 19, 1969

ANITA H. HARTMANN, ADMINISTRATRIX (ESTATE OF
WILLIAM WORDIE) *v.* RICHARD J. SMITH ET AL.,
TRUSTEES OF THE PROPERTY OF THE NEW
YORK, NEW HAVEN AND HARTFORD
RAILROAD COMPANY

The motion by the plaintiff to amend her assignment of errors in the appeal from the Superior Court in New Haven County is granted.

*Irwin E. Friedman,* on the motion.

Submitted February 5—decided February 19, 1969